**Brian Mcbeth ( Pro se)**
25824 S 194th St queen creek,
Arizona 85142
Email:(BriANmcbeth67@gmail.com)
Phone: 480-261-9985

## SUPERIOR COURT OF ARIZONA
## YUMA COUNTY

| | |
|---|---|
| "M" a minor suing through her guardian **Brian Mcbeth** Plaintiff, vs. **John Joseph Sixta** Defendant, | Case No. CV-18-3076-PHX-DLR<br><br>**COMPLAINT FOR;**<br>1) Assault,<br>2) Infliction of Emotional Distress<br>3) Recovering of expenses<br>4) Demand for Jury Trial<br><br>(Assigned to the Hon.         ) |

### PLAINTIFF COMPLAINT

COMES NOW, the Plaintiff, M. (minor plaintiff) bringing this action through her step father **BRIAN MCBETH** proceeding *Pro se* (hereinafter referred to as "Plaintiff"), and brings this claim against the Defendant; **JOHN SIXTA**, (shall called "**Defendant**" hereinafter) Plaintiff in support of her claim for damages, alleges the following;

#### A. NATURE OF ACTION

1. The defendant committed a lewd act on the minor child and has been continuously abusing the minor sexually when she was 12 years old now 16 years old. M told her mother what had happened and her mother immediately picked her up from the Defendant's home and took her to a clinic for testing.
2. The defendant's DNA was found on M's breast. The minor M is currently taking Zoloft, Sertraline and has been hospitalized in Mental institution twice, the minor M has suffered irreparable damages in law, pain, grief, sorrow, mental anguish, stress, shock, and mental suffering already experienced, and in reasonable probability to be experienced in the future as a result of the defendant's act.
3. Again, income and services that have already been lost as a result of the defendant's heinous crime, and in reasonable probability to be lost in the future. The defendant was later convicted and sentenced to prison sometimes 2014. In addition to suffering injuries, plaintiff suffered additional emotional distress. She was in the zone of danger, such that she faced an unreasonable risk of bodily harm.
4. Additionally, the plaintiff experienced additional emotional distress from being in the zone of danger and witnessing the severe metal injuries. The guidance of the minor has suffered economical and financial lost.
5. This action is brought to recover damages for Plaintiff, compensating for her injuries sustained by the infliction of emotional distress and the recovering of medical and other expenses thereto.

#### B. JURISDICTION AND VENUE

6. The sexual abuse and events which are the subject matter of this Complaint all occurred within the County of Yuma, State of Arizona. All parties named in this suit has minimum contact with the County of Yuma and therefore avail themselves of jurisdiction or necessary to constitutionally permit the Court to exercise jurisdiction. Therefore, this Court has territorial jurisdiction, and Yuma County is a proper venue, pursuant to A.R.S. §12-401(10).
7. This Court has jurisdiction over all causes of action asserted herein pursuant to the extant laws of Arizona because, all causes of action asserted herein arise out of conduct undertook by parties in **Yuma County.**

8. Venue is proper in this Court pursuant to extant laws of Arizona; the Defendant is subject to personal jurisdiction in this judicial division

## C. PARTIES

9. At all relevant times the Plaintiff "M" (16 years) is a minor was a resident of Yuma County during the sexual abuse but currently residing in 25824 S 194th St Queen Creek, Arizona 85142, Mr. **Brian Mcbeth** is the step father of "M" who as been footing all the medical expenses/bills since the inflection of emotional distress by the defendant.
10. Plaintiff is informed and believes, and on that basis alleges, that at all times herein mentioned, the Defendant **Sgt. Maj. John Joseph Sixta** retired battalion sergeant major who was portrayed in the HBO miniseries "Generation Kill". J Sixta is a male of 7/30/1959 who was listed as being under the supervision of the department of corrections in Arizona.
11. He was sentenced / adjudicated in Yuma County for sexual abuse of the minor. He was listed on the state department of corrections website in relation to the criminal offense, Sexual Abuse and was admitted to the department of corrections on Tuesday, November 25, 2014. The defendant is a retired Military officer and was formerly working for the Military Freefall School at the Yuma Proving Ground, an Army facility.
12. Plaintiff is informed and therefore believe and, on that basis, allege that at all time therefore believe and, on that basis, allege that the said Defendant at all relevant times herein, was a lawful employee of the Department of Defense acting within the scope and consent of the Department of Defense.
13. Defendant was the agent, servant, employee, and/or co-conspirator of the Department of Defense, and, in doing the acts hereinafter alleged, was acting within the course and scope of his authority as such agent, servant, employee, hence, the Department is liable for the liabilities and damages herein alleged.

## D. FACTUAL ALLEGATION

14. The defendant **Sgt. Maj. John Joseph Sixta** retired battalion sergeant major who was portrayed in the HBO miniseries "Generation Kill" was sentenced to 10 years in prison for a sex offense involving the plaintiff sometimes 2014.
15. Defendant is a male of 7/30/1959 who was listed as being under the supervision of the department of corrections in Arizona.
16. Defendant was sentenced / adjudicated in Yuma County, Yuma. He was listed on the state department of corrections website in relation to the criminal offense, Sexual Abuse and was admitted to the department of corrections on Tuesday, November 25, 2014.
17. The defendant is a retired Military officer and was formerly working for the Military Freefall School at the Yuma Proving Ground, an Army facility.
18. The Plaintiff, M, was sexually abused by the defendant sometimes 2014 while she was at the age of 12.
19. Plaintiff's mother was friends with Sixta's wife and Plaintiff was also a friend to Defendant's two step daughters.
20. Defendant took advantage of the little girl (plaintiff) by befriending the family.
21. Plaintiff would often spend time at the Sixtas' home in Yuma when she was 12 years old and in the sixth grade, Sixta molested her on an evening when he was supposed to be babysitting her and her brother.
22. M was watching a movie with Sixta then falling asleep after drinking some hot chocolate he defendant had given her. Plaintiff woke up as defendant was carrying her into a bedroom. Defendant took off her pajama bottoms, shirt, and bra, and began touching plaintiff's breasts and vagina with his hands and his mouth.
23. When Defendant was done groping and kissing her he put her clothes back on and left the room. M pretended to be asleep the entire time because she feared Sixta would kill her if she said anything.
24. The following morning M told her mother what had happened and her mother immediately picked her up from the Sixta's home and took her to a clinic for testing. Sixta's DNA was found on M's breast.
25. Plaintiff avers that Retired Sgt. Maj. John Joseph Sixta, the former top enlisted leader of 1st Reconnaissance Battalion, pleaded guilty in Yuma Justice Court in Arizona to the sexual abuse charge for the case involving the Plaintiff.
26. The minor M is currently taking Zoloft, Sertraline and has been hospitalized in Mental institution twice. The Plaintiff shall tender the medical reports as exhibits at the hearing of this case.
27. Plaintiff avers that the act of sexually abusing minors in the life of the defendant is recurrent, recall that defendant has sexually abused his two stepdaughters and was convicted and sentence to prison in California. His two stepdaughters, S (born in 1986) and her younger sister R (born in 1990), were adult women in their 20's when they testified at trial that he molested them throughout their childhood, in North Carolina and

28. The Plaintiff has suffered irreparable damages in law, pain, grief, sorrow, mental anguish, stress, shock, and mental suffering already experienced, and in reasonable probability to be experienced in the future as a result of the defendant's act.
29. Again, income and services that have already been lost as a result of the defendant's heinous crime, and in reasonable probability to be lost in the future. Plaintiff shall tender all medical expenses as exhibit at the hearing of this suit.
30. The defendant was later convicted and sentenced to prison sometimes 2014.
31. In addition to suffering injuries, plaintiff suffered additional emotional distress. She was in the zone of danger, such that she faced an unreasonable risk of bodily harm.
32. Additionally, the plaintiff experienced additional emotional distress from being in the zone of danger and witnessing the severe metal injuries.
33. The guidance of the minor has suffered economical and financial lost. This action is brought to recover damages for Plaintiff, compensating for her injuries sustained by the infliction of emotional distress and the recovering of medical and other expenses thereto.

## E. CAUSES OF ACTION
## FIRST CAUSE OF ACTION

### INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

34. Plaintiff claims that Defendant's negligence or intentional act caused Plaintiff emotional distress. The Defendant's negligence created an unreasonable risk of bodily harm to Plaintiff

35. Defendant's negligence was a cause of emotional distress to Plaintiff and Plaintiff's emotional distress resulted in physical injury or illness to Plaintiff and Plaintiff has suffered irreparable damages

36. Plaintiff avers that the Intentional infliction of the act alleged thereon, caused the Plaintiff to suffer emotional distress. For example, the Plaintiff experienced atrocious behavior, knowledge with substantial certainty, reckless, suffering from emotional distress, anxiety, pain, suffering, humiliation, PTSD, loss of words, loss of sleep, loss of productivity, loss of function. Quinn v. Turner, 155 Ariz. 225, 226, 745 P.2d 972, 973 (Ct. App. 1987)

37. After the sexual abuse and Credible threat of violence by the defendant, the Plaintiff has been passing through emotional trauma, nightmares.

38. The minor M is currently taking Zoloft, Sertraline and has been hospitalized in Mental institution twice.
39. In addition to suffering injuries, plaintiff suffered additional emotional distress. She was in the zone of danger, such that she faced an unreasonable risk of bodily harm.
40. Additionally, the plaintiff experienced additional emotional distress from being in the zone of danger and witnessing the severe metal injuries. Thompson on Behalf of Jessee v. Sun City Cmty. Hosp., Inc., 142 Ariz. 1, 11-12 (Ct. App. 1983).

41. As a direct and proximate result of the above-described deliberate and heinous act of the Defendant, the Plaintiff has suffered such severe stress that no reasonable person could be expected to endure it. The Plaintiff's educational and personal life has suffered as a result of the Defendant. She has sought treatment to help her endure this personal nightmare that she is in.

42. That after the sexual abuse, Plaintiff guardian took her for a medical checkup and was diagnosed of **PTSD** (posttraumatic stress disorder); for instance, the minor M' has been experiencing increased anxiety, afraid to go and interact with people, depressions, screaming face image in her head while sleeping, a mental health problem which plaintiff's friends thought plaintiff was crazy.

43. Defendant's wrongful conduct as alleged hereinabove, without regard to whether defendant acted intentionally or with any other particular state of mind or scienter, renders him liable for the wrongful sexual assaults and harassment concerning Plaintiff, and for the damages caused thereby.

44. As a direct and proximate result of the said wrongful conduct by defendant, Plaintiff has suffered damages that is inadequate at law.

Respectively submitted this 28th day of Sept. 2018.

*Brian McBeth*

**Brian Mcbeth** (*Pro se*)
25824 S 194th St queen creek,
Arizona 85142
Email: (insert your email)
Phone: 480-261-9985

## CERTIFICATE OF SERVICE

I, **Brian Mcbeth** the undersigned hereby certify that a copy of the foregoing "Complaint" in the above-captioned proceeding was deliver to the clerk of this court and has been served this day by Federal Express and by certified U.S. mail, postage prepaid and return receipt requested, upon the Defendant address: Yuma County Prison, Arizona.

This 28th day of Sept, 2018

SWORN to and subscribed
Before me this 28th day of Sept 2018

*Dalyce O'Shea Clark*
NOTARY PUBLIC

OFFICIAL SEAL
DALYCE O'SHEA CLARK
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 29, 2020

*Brian McBeth*
**Brian Mcbeth**

2